WK:ILB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | AFFIDAVIT IN SUPPORT OF REMOVAL TO THE SOUTHERN DISTRICT OF GEORGIA |
| - against - | (Fed. R. Crim. P. 5) |
| BRYANT MONTRAIS STUBBS, | |
| Defendant. | Case No. 22-MJ-00806 (PK) |

------------------------------X

EASTERN DISTRICT OF NEW YORK, SS:

Schuyler Kenney, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

On or about July 28, 2022, the United States District Court for the Southern District of Georgia issued an arrest warrant commanding the arrest of BRYANT MONTRAIS STUBBS for transmitting in interstate or foreign commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about July 28, 2022, the United States District Court for the Southern District of Georgia issued an arrest warrant commanding the arrest of BRYANT

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

MONTRAIS STUBBS for transmitting in interstate or foreign commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c). A true and accurate copy of the arrest warrant (the "Arrest Warrant") is attached hereto as Exhibit A. A true and accurate copy of the criminal complaint is attached hereto as Exhibit B.

2. On the evening of July 28, 2022, agents arrested the defendant BRYANT MONTRAIS STUBBS in front of 11441 199th Street, St. Albans, NY 11412. The address is listed on the Arrest Warrant as the last known address for STUBBS.

3. Upon his arrest, STUBBS identified himself as "Mr. Stubbs." Subsequently, he was found in possession of a New York State driver's license, which confirmed his identity as BRYANT MONTRAIS STUBBS and listed the residence, 11441 199th Street, St. Albans, NY 11412, as his home address.

4. STUBBS also verified his birthdate, which was consistent with the birthdate on his driver's license and consistent with the birthdate of the BRYANT MONTRAIS STUBBS wanted in the Southern District of Georgia.

5. Based on the foregoing, I submit there is probable cause to believe that the defendant is the BRYANT MONTRAIS STUBBS wanted in the Southern District of Georgia.

WHEREFORE, your deponent respectfully requests that the defendant BRYANT MONTRAIS STUBBS be removed to the Southern District of Georgia so that he may be dealt with according to law.

Schuyler Kenney
Special Agent
Federal Bureau of Investigation

Sworn to before me this
29th day of July, 2022

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK